UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                             :         Chapter 11

STEVEN H. BROWN
LINDA E. BROWN                           :

      Debtors                      :         Bankruptcy No. 12-14058

................................................

ORDER

................................................

AND NOW, this 6th day of September 2012, for the reasons given in the accompanying statement, it is hereby ordered as follows:

1. That respondents Mr. Mario Ferroni and his counsel, Ryan, Emory & Ryan, LLP, willfully violated the bankruptcy stay within the meaning of 11 U.S.C. § 362(k); and

2. That the respondents are liable to the debtors for actual damages in the amount of $3,450, plus counsel fees in the amount of $600.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Mrs. Steven H. Brown
Mrs. Linda E. Brown
922 Cedar Grove Road
Broomall, PA 19008

Allen B. Dubroff, Esq.
Kami S. Miller, Esq.
1500 JFK Boulevard, Suite 1030
Philadelphia, PA 19103

Joseph A. Ryan, Esq.
Maureen A. Ostien, Esq.
Station Square Three, Suite 105
Paoli, PA 19301

Mr. Mario Ferroni
155 Line Road
Malvern, PA 19355